AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Shelby, Robert J. | 2. Court or Organization<br><br>United States District Court for the District of Utah | 3. Date of Report<br><br>11/30/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Court Judge | 5a. Report Type (check appropriate type)<br><br>✓ Nomination,   Date 11/30/2011<br>☐ Initial   ☐ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>11/23/2011 |
| 7. Chambers or Office Address<br><br>Snow, Christensen & Martineau<br>10 Exchange Place, 11th Floor<br>Salt Lake City, UT 84111 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Shareholder | Snow, Christensen & Martineau |
| 2. President | Robert J. Shelby, Inc. |
| 3. Vice President | Salt Lake County Bar Association |
| 4. President | David K. Watkiss-Sutherland II Inn of Court |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Shelby, Robert J. | 11/30/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2009 | Burbidge Mitchell & Gross | $450,951.00 |
| 2. 2010 | Burbidge Mitchell & Gross | $211,253.00 |
| 3. 2011 | Burbidge Mitchell & Gross | $325,000.00 |
| 4. 2011 | Snow, Christensen & Martineau | $94,545.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shelby, Robert J. | 11/30/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | United States Department of Eductation | Student Loan for Law School | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shelby, Robert J. | 11/30/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Snow, Christensen & Martineau Profit Sharing Acct. | | None | L | T | Exempt | | | | |
| 2. | Turner Midcap Growth Fund | | None | J | T | | | | | |
| 3. | Artisan Int'l Fund | | None | K | T | | | | | |
| 4. | Invesco Van Kampen Small Cap Growth Fund | | None | J | T | | | | | |
| 5. | Vanguard 500 Index Fund Adm | A | Dividend | L | T | | | | | |
| 6. | Utah Educational Savings Plan Inst. Index - S&P 500 | A | Dividend | K | T | | | | | |
| 7. | Bank of the West Account | | None | J | T | | | | | |
| 8. | Mountain America Credit Union Accounts | A | Int./Div. | K | T | | | | | |
| 9. | JP Morgan US Treasuries Securities | A | Int./Div. | L | T | | | | | |
| 10. | Barclay's Bank CD | A | Int./Div. | K | T | | | | | |
| 11. | Blackrock Global Alloc. Institutional | A | Int./Div. | K | T | | | | | |
| 12. | Diamond Hill Small Cap Fund | | None | J | T | | | | | |
| 13. | Dodge & Cox FDS Int'l Fund | A | Int./Div. | K | T | | | | | |
| 14. | Europacific Growth Growth Fund | A | Int./Div. | K | T | | | | | |
| 15. | Fidelity Advisor Midcap II Fund | | None | J | T | | | | | |
| 16. | Growth Fund America CL F1 Fund | A | Int./Div. | K | T | | | | | |
| 17. | Ivy FDS Inc Asset Strategy Fund | A | Int./Div. | K | T | | | | | |

1. Income Gain Codes:         A = $1,000 or less         B = $1,001 - $2,500         C = $2,501 - $5,000         D = $5,001 - $15,000         E = $15,001 - $50,000
(See Columns B1 and D4)     F = $50,001 - $100,000     G = $100,001 - $1,000,000     H1 = $1,000,001 - $5,000,000     H2 = More than $5,000,000
2. Value Codes                   J = $15,000 or less         K = $15,001 - $50,000         L = $50,001 - $100,000         M = $100,001 - $250,000
(See Columns C1 and D3)     N = $250,001 - $500,000     O = $500,001 - $1,000,000     P1 = $1,000,001 - $5,000,000     P2 = $5,000,001 - $25,000,000
                                      P3 = $25,000,001 - $50,000,000                                    P4 = More than $50,000,000
3. Value Method Codes         Q = Appraisal               R = Cost (Real Estate Only)     S = Assessment                  T = Cash Market
(See Column C2)               U = Book Value              V = Other                       W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Shelby, Robert J. | 11/30/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Janus Invt. Perkins Midcap Value Fund | A | Int./Div. | J | T | | | | | |
| 19. T Rowe Price New Horizons Fund | | None | J | T | | | | | |
| 20. Vanguard/Windsor II Fund | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 83 | 130 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities | | | | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 863 | 145 |
| Real estate owned – personal residence | 1 | 550 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 26 | 500 | Education loans | | 17 | 780 |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Retirement Account – see schedule | | 422 | 575 | | | | |
| Utah Educational Savings Plans | | 24 | 286 | | | | |
| | | | | Total liabilities | | 880 | 925 |
| | | | | Net Worth | 1 | 225 | 566 |
| Total Assets | 2 | 106 | 491 | Total liabilities and net worth | 2 | 106 | 491 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor on leases or contracts | | | | Are any assets pledged? (Add schedule) | No | | |
| Legal Claims | | | | Are you defendant in any suits or legal actions? | Yes | | |
| Provision for Federal Income Tax | | | | Have you ever taken bankruptcy? | No | | |
| Other special debt | | | | | | | |